UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES RECKER,

        **Plaintiff,**

                              Case No. 00-71896

v.

                              HONORABLE DENISE PAGE HOOD

NEWCOURT CREDIT GROUP, INC.,
et al.,

        **Defendants.**
_____/

## JUDGMENT

      In accordance with the Order entered this date, and the Court having entered an Order dismissing this matter;

      Accordingly, judgment is entered in favor of Defendants and against Plaintiff.

                                                               DAVID J. WEAVER
                                                              CLERK OF THE COURT

Approved:                                               By: s/ Wm. F. LEWIS
                                                             Deputy Clerk

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge

DATED: August 23, 2005

Detroit, Michigan